371 A.2d 229
Commonwealth v. Hughes, Appellant.

Submitted June 22, 1976. John T. Grigsby, III, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 229
Commonwealth v. Jackson, Appellant.

Submitted June 28, 1976. John J. Brier, for appellant; Anthony J. Popeck, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.